UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BERNITTA BARRETT, | § | |
| | § | |
| *Plaintiff,* | § | CIVIL ACTION NO. |
| | § | |
| v. | § | H: 17-cv-1697 |
| | § | |
| METROPOLITAN TRANSIT | § | |
| AUTHORITY OF HARRIS COUNTY | § | |
| AND HARLIN BRYANT, | § | |
| | § | |
| *Defendants.* | § | |

## **INDEX OF MATTERS FILED**

Defendant, United States of America, on behalf of federal defendant employee, Harlin Bryant provides the following pursuant to Local Rule 81:

1. All executed process in the state case (attached);

2. All pleadings asserting causes of action, e.g. petitions, amended petitions, and all answers to such pleadings (attached);

3. All orders signed by the state court judge (attached);

4. The docket sheet (attached); and,

5.   A list of all known counsel of record, including addresses, telephone numbers and

parties represented (attached).

Respectfully submitted,

ABE MARTINEZ
Acting United States Attorney

/s/ Fred T. Hinrichs
_____

FRED T. HINRICHS
Assistant United States Attorney
Attorney in Charge
Texas Bar No. 24003580
1000 Louisiana, Ste. 2300
Houston, Texas   77002
(713) 567-9529 – Telephone
(713) 718-3303 - Facsimile
Fred.Hinrichs@usdoj.gov
Attorney for Harlin Bryant

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing pleading was electronically

served through the court's electronic filing system, or by U.S. Mail postage prepaid, on

this 6th day of June 2017, to the following counsel of record:

John A. Daspit                          Jon P. Bohn
Brent W. Randel                         P.O. Box 61429
440 Louisiana St., Suite 1400           Houston, Texas   77208-1429
Houston, Texas   77002

/s/ Fred T. Hinrichs
_____

Assistant U.S. Attorney

2

| **HCDistrictclerk.com** | BARRETT, BERNITTA vs. METROPOLITAN TRANSIT AUTHORITY OF HARRIS COUNTY | 6/6/2017 |
|---|---|---|

Cause: 201718994     CDI: 7     Court: 113

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| restricted | Citation | | 06/02/2017 | 2 |
| restricted | Defendant's Original Answer and Affirmative Defenses | | 04/24/2017 | 3 |
| restricted | Defendant's Original Answer and Affirmative Defenses | | 04/24/2017 | 3 |
| restricted | Citation (Metro) | | 04/04/2017 | 1 |
| restricted | Civil Process Pick-Up Form | | 03/21/2017 | 1 |
| restricted | Plaintiff's Original Petition | | 03/20/2017 | 6 |
| -> restricted | Civil Case Information Sheet | | 03/20/2017 | 2 |
| -> restricted | Civil Process Request | | 03/20/2017 | 2 |

3/20/2017 5:05:15 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 15962692
By: CUERO, NELSON
Filed: 3/20/2017 5:05:15 PM

# 2017-18994 / Court: 113

CAUSE NO. _____

| | | |
|---|---|---|
| BERNITTA BARRETT | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| METROPOLITAN TRANSIT AUTHORITY | § | HARRIS COUNTY, TEXAS |
| OF HARRIS COUNTY and | § | |
| HARLIN BRYANT | § | |
| | § | |
| *Defendants.* | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff, Bernitta Barrett, complains of Metropolitan Transit Authority of Harris County (hereinafter, as "METRO") and Harlin Bryant (collectively, as "Defendants"), and would respectfully show the Court that:

### Discovery Control Plan

1.      Plaintiff intends to conduct discovery in this matter under Level 3 of the Texas Rules of Civil Procedure.

### Jurisdiction and Venue

2.      This is a claim brought under the common law of Texas and the Texas Tort Claims Act (TTCA), TEX. CIV. PRAC. & REM. CODE §101.   The Court has jurisdiction over this claim because the TTCA waives a defendant's sovereign and/or governmental immunity for claims involving personal injury, death, or property damage caused by the negligent operation or use of a motor-driven vehicle or motor-driven equipment by the defendant's employee, if the employee would be personally liable to the plaintiff under Texas law.   TEX. CIV. PRAC. & REM. CODE §101.021(1).   This claim, as set out more fully below, involves personal injury caused by the negligent operation of a motor-driven vehicle by Defendant METRO's employee, who is not a

1

party to this suit but would be liable to Plaintiff under Texas law.  Liability in this matter also arises under Tex. Civ. Prac. & Rem. Code §101.0215(22), (24).  No exception to the waiver of immunity applies to reinstate Defendant METRO's sovereign and/or governmental immunity for this claim.

3.      Plaintiff gave Defendant METRO proper notice as required by the Tex. Civ. Prac. & Rem. Code §101.101(a).  Plaintiff provides notice as required by the TTCA through service of this petition, which notifies Defendant METRO of the required information.  Service of this petition will have been perfected within six months of the incident giving rise to the claim.

4.      Venue is proper in Harris County because all or a substantial part of the events or omissions giving rise to the claim occurred in Harris County, Texas.

### Statement Regarding Monetary Relief Sought

5.      Pursuant to Texas Rule of Civil Procedure 47(c), Plaintiff seeks monetary relief over $200,000.00 but not more than $1,000,000.00; including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney's fees and judgment for all other relief to which Plaintiff is justly entitled.   Plaintiff expressly reserves the right to amend this Rule 47 statement of relief if necessary.

### Parties

6.      Plaintiff Bernitta Barrett is an individual residing in Harris County, Texas.

7.      Defendant Metropolitan Transit Authority of Harris County is an entity located in Harris County, Texas.  Defendant may be served at its principal place of business, Executive Office, 1900 Main Street, Houston, Texas 77002 by serving Mr. Thomas Lambert, or by serving any member, agent and/or officer.

8.     Defendant Harlin Bryant is an individual residing in Harris County, Texas.  Defendant Bryant may be served with process at his place of business, 1919 Smith Street, Houston, Texas 77002, or wherever he may be found.

<u>**Facts**</u>

9.     This lawsuit is necessary as a result of personal injuries that Plaintiff received on or about October 7, 2016.

10.    At that time, Plaintiff was travelling on the light rail train operated by Defendant METRO.  The aforementioned light rail train was travelling northbound in the 3500 block of Main Street approaching Alabama Street.  Defendant Bryant was travelling in the same direction on Main Street as Defendant METRO's light rail train.  As a result of Defendant METRO's and/or Defendant Bryant's negligence and/or negligence *per se*, Defendant Bryant's vehicle and Defendant METRO's light rail train collided and, consequently, Plaintiff suffered severe injuries to her back, left leg, and other parts of her body.

11.    Defendant METRO's aforementioned conduct constitutes negligence and/or negligence *per se* for one or more of the following reasons:

      a.   Failed to operate the vehicle safely;

      b.   Failed to keep a proper lookout;

      c.   Violated applicable, local, state and federal laws and/or regulations;

      d.   Negligent hiring and/or retention of employees;

      e.   Negligent training and/or supervision of employees; and/or

      f.   Other acts so deemed negligent.

12.    Defendant Bryant's aforementioned conduct constitutes negligence and/or negligence *per se* for one or more or more of the following reasons:

    a.   Turned when unsafe;

    b.   Failed to operate the vehicle safely;

    c.   Failed to keep a proper lookout;

    d.   Failed to timely apply brakes;

    e.   Failed to take proper evasive action;

    f.   Violated applicable, local, state and federal laws and/or regulations including, but not limited to, § 545.103 of the TEX. TRANS. CODE; and/or

    g.   Other acts so deemed negligent.

13.    As a result of these acts or omissions, Plaintiff sustained damages recognizable by law. The driver of the light rail train, an employee of Defendant METRO, would be personally liable to Plaintiff under Texas law for those damages, and Defendant METRO is liable for those damages under the doctrine of *respondeat superior*.

**Damages**

14.    By virtue of the actions and conduct of the Defendants set forth above, Plaintiff was seriously injured and is entitled to recover the following damages:

    a.   Past and future medical expenses;

    b.   Past and future pain, suffering and mental anguish;

    c.   Past and future physical impairment;

    d.   Past and future physical disfigurement;

    e.   Past lost wages and future loss of earning capacity.

15.    By reason of the above, Plaintiff is entitled to recover damages from the Defendants in an amount within the jurisdictional limits of this Court, as well as pre and post-judgment interest.

**Jury Demand**

16.     Plaintiff hereby demands a trial by jury.

**Request for Disclosure to Defendant**

17.     Pursuant to Texas Rules of Civil Procedure 194, Plaintiff requests that Defendants

disclose, within 50 days of service of this request, the information or materials described in

Texas Rule of Civil Procedure 194.2(a)-(l).

**Rule 193.7 Notice**

18.     Plaintiff hereby gives actual notice to Defendanst that any and all documents produced

may be used against Defendants at any pre-trial proceeding and/or at trial of this matter without

the necessity of authenticating the documents.

**Conditions Precedent**

19.     All conditions precedent to Plaintiff's claim for relief have been performed or have

occurred.

**Prayer**

Plaintiff prays that these citations issue and be served upon Defendants in a form and

manner prescribed by law, requiring that Defendants appear and answer, and that upon final

hearing, Plaintiff has judgment against Defendants, jointly and severally, in a total sum in excess

of the minimum jurisdictional limits of this Court, plus pre-judgment and post judgment

interests, all costs of Court, and all such other and further relief, to which she may be justly

entitled.

*[Signature Block on Next Page]*

Respectfully submitted,

**DASPIT LAW FIRM**

*/s/ Brent W. Randel*
John Arthur Daspit
Texas State Bar No. 24048906
Brent W. Randel
Texas State Bar No. 24099036
440 Louisiana St., Suite 1400
Houston, Texas 77002
Telephone: (713) 588-0383
Facsimile: (713) 587-9086
Email: e-service@daspitlaw.com

**ATTORNEYS FOR PLAINTIFF**

6

Chris Daniel - District Clerk
Harris County
Envelope No: 15962692
By: CUERO, NELSON
Filed: 3/20/2017 5:05:15 PM

# CIVIL CASE INFORMATION SHEET (REV. 2/13)

**CAUSE NUMBER** *(FOR CLERK USE ONLY):* 2017-18994 / Court: 113   **COURT** *(FOR CLERK USE ONLY):*

**STYLED** Bernitta Barrett v. Metropolitan Transit Authority of Harris County and Harlin Bryant

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact Information for person completing case information sheet: | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|
| **Name:** John Daspit  **Email:** e-service@daspitlaw.com | **Plaintiff(s)/Petitioner(s):** Bernitta Barrett | ☒ Attorney for Plaintiff/Petitioner ☐ Pro Se Plaintiff/Petitioner ☐ Title IV-D Agency ☐ Other: _____ |
| **Address:** 440 Louisiana Street, Sui  **Telephone:** 713-322-4878 | | **Additional Parties in Child Support Case:** |
| **City/State/Zip:** Houston, Texas 77002  **Fax:** 713-587-9086 | **Defendant(s)/Respondent(s):** Metropolitan Transit Authority of Harris County  Harlin Bryant | **Custodial Parent:** _____  **Non-Custodial Parent:** _____ |
| **Signature:** /s/ John Daspit  **State Bar No:** 24048906 | [Attach additional page as necessary to list all parties] | **Presumed Father:** _____ |

## 2. Indicate case type, or identify the most important issue in the case *(select only 1)*:

| Civil | | | Family Law | |
|---|---|---|---|---|

| Contract | Injury or Damage | Real Property | Marriage Relationship | Post-Judgment Actions (non-Title IV-D) |
|---|---|---|---|---|
| **Debt/Contract** ☐ Consumer/DTPA ☐ Debt/Contract ☐ Fraud/Misrepresentation ☐ Other Debt/Contract: ___ **Foreclosure** ☐ Home Equity—Expedited ☐ Other Foreclosure ☐ Franchise ☐ Insurance ☐ Landlord/Tenant ☐ Non-Competition ☐ Partnership ☐ Other Contract: | ☐ Assault/Battery ☐ Construction ☐ Defamation **Malpractice** ☐ Accounting ☐ Legal ☐ Medical ☐ Other Professional Liability: ___ ☒ Motor Vehicle Accident ☐ Premises **Product Liability** ☐ Asbestos/Silica ☐ Other Product Liability List Product: ___ ☐ Other Injury or Damage | ☐ Eminent Domain/ Condemnation ☐ Partition ☐ Quiet Title ☐ Trespass to Try Title ☐ Other Property: **Related to Criminal Matters** ☐ Expunction ☐ Judgment Nisi ☐ Non-Disclosure ☐ Seizure/Forfeiture ☐ Writ of Habeas Corpus— Pre-indictment ☐ Other: | ☐ Annulment ☐ Declare Marriage Void **Divorce** ☐ With Children ☐ No Children **Other Family Law** ☐ Enforce Foreign Judgment ☐ Habeas Corpus ☐ Name Change ☐ Protective Order ☐ Removal of Disabilities of Minority ☐ Other: | ☐ Enforcement ☐ Modification—Custody ☐ Modification—Other **Title IV-D** ☐ Enforcement/Modification ☐ Paternity ☐ Reciprocals (UIFSA) ☐ Support Order **Parent-Child Relationship** ☐ Adoption/Adoption with Termination ☐ Child Protection ☐ Child Support ☐ Custody or Visitation ☐ Gestational Parenting ☐ Grandparent Access ☐ Parentage/Paternity ☐ Termination of Parental Rights ☐ Other Parent-Child: |

| Employment | Other Civil | |
|---|---|---|
| ☐ Discrimination ☐ Retaliation ☐ Termination ☐ Workers' Compensation ☐ Other Employment: | ☐ Administrative Appeal ☐ Antitrust/Unfair Competition ☐ Code Violations ☐ Foreign Judgment ☐ Intellectual Property | ☐ Lawyer Discipline ☐ Perpetuate Testimony ☐ Securities/Stock ☐ Tortious Interference ☐ Other: |

| Tax | Probate & Mental Health | |
|---|---|---|
| ☐ Tax Appraisal ☐ Tax Delinquency ☐ Other Tax | **Probate/Wills/Intestate Administration** ☐ Dependent Administration ☐ Independent Administration ☐ Other Estate Proceedings | ☐ Guardianship—Adult ☐ Guardianship—Minor ☐ Mental Health ☐ Other: |

## 3. Indicate procedure or remedy, if applicable *(may select more than 1)*:

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court ☐ Arbitration-related ☐ Attachment ☐ Bill of Review ☐ Certiorari ☐ Class Action | ☐ Declaratory Judgment ☐ Garnishment ☐ Interpleader ☐ License ☐ Mandamus ☐ Post-judgment | ☐ Prejudgment Remedy ☐ Protective Order ☐ Receiver ☐ Sequestration ☐ Temporary Restraining Order/Injunction ☐ Turnover |

## 4. Indicate damages sought *(do not select if it is a family law case)*:

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100, 000 but not more than $200,000
☒ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

# Instructions for Completing the Texas Civil Case Information Sheet

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing. If the original petition, application or post-judgment petition or motion is e-filed, the case information sheet must not be the lead document.

This sheet, required by Rule 78a of the Texas Rules of Civil Procedure, is intended to collect information that will be used for statistical and administrative purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

The attorney or self-represented (*pro se*) plaintiff/petitioner filing the case or post-judgment petition or motion should complete the sheet as follows:

**1. Contact information**

   a) **Contact information for person completing case information sheet.** Enter the following information:
   - name;
   - address;
   - city, state, and zip code;
   - email address;
   - telephone number;
   - fax number, if available;
   - State Bar number, if the person is an attorney; and
   - signature. (*NOTE: When a case information sheet is submitted electronically, the signature may be a scanned image or "/s/" and the name of the person completing the case information sheet typed in the space where the signature would otherwise appear.*)

   b) **Names of parties in the case.** Enter the name(s) of the:
   (*NOTE: If the name of a party to a case is confidential, enter the party's initials rather than the party's name.*)
   - plaintiff(s) or petitioner(s);
   - defendant(s) or respondent(s); and
   - in child support cases, additional parties in the case, including the:
     o custodial parent;
     o non-custodial parent; and
     o presumed father.

   Attach an additional page as necessary to list all parties.

   c) **Person or entity completing sheet is.** Indicate whether the person completing the sheet, or the entity for which the sheet is being completed, is:
   - an attorney for the plaintiff or petitioner;
   - a *pro se* (self-represented) plaintiff or petitioner;
   - the Title IV-D agency; or
   - other (provide name of person or entity).

**2. Case type.**
   Select the case category that best reflects the most important issue in the case. *You must select only one.*

**3. Procedure or remedy.**
   If applicable, select any of the available procedures or remedies being sought in the case. You may select more than one.

**4. Damages sought.**
   Select the damages being sought in the case:
   (*NOTE: If the claim is governed by the Family Code, do not indicate the damages sought.*)
   - only monetary relief of $100,000 or less, including damages of any kind, penalties, costs, expenses, pre-judgment interest and attorney fees;
   - monetary relief over $100,000 or less and non-monetary relief;
   - monetary relief over $100,000 but nor more than $200,000;
   - monetary relief over $200,000 but less than $1,000,000; or
   - monetary relief over $1,000,000.

Rev 2/13

3/20/2017 5:05:15 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 15962692
By: CUERO, NELSON
Filed: 3/20/2017 5:05:15 PM

# CIVIL PROCESS REQUEST

## 2017-18994 / Court: 113

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

**CASE NUMBER:** _____ **CURRENT COURT:** Harris County Judicial District Court

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): Plaintiff's Original Petition

**FILE DATE OF MOTION:** March 20, 2017
                                                   Month/         Day/         Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

1.  NAME: Metropolitan Transit Authority of Harris County

    ADDRESS: 1900 Main Street, Houston, Texas 77002

    AGENT, (if applicable): Mr. Thomas Lambert

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (see reverse for specific type): _____

**SERVICE BY** (check one):
- [ ] **ATTORNEY PICK-UP**                [ ] **CONSTABLE**
- [x] **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: Proactive Legal Solutions, Box 30   Phone: 832-209-7760
- [ ] **MAIL**                                      [ ] **CERTIFIED MAIL**
- [ ] **PUBLICATION:**
    Type of Publication:    [ ] **COURTHOUSE DOOR,** or
                                         [ ] **NEWSPAPER OF YOUR CHOICE:** _____
- [ ] **OTHER,** explain _____

************************************************************************************************

****

2.  NAME: Harlin Bryant

    ADDRESS: 1919 Smith Street, Houston, Texas 77002

    AGENT, (if applicable): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (see reverse for specific type): _____

**SERVICE BY** (check one):
- [ ] **ATTORNEY PICK-UP**                [ ] **CONSTABLE**
- [x] **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: Proactive Legal Solutions, Box 30   Phone: 832-209-7760
- [ ] **MAIL**                                      [ ] **CERTIFIED MAIL**
- [ ] **PUBLICATION:**
    Type of Publication:    [ ] **COURTHOUSE DOOR,** or
                                         [ ] **NEWSPAPER OF YOUR CHOICE:** _____
- [ ] **OTHER,** explain _____

---

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: John Daspit                                            TEXAS BAR NO./ID NO. 24048906

MAILING ADDRESS: 440 Louisiana Street, Suite 1400, Houston, Texas 77002

PHONE NUMBER: 713  588-0383                  FAX NUMBER: 713  587-9086
                        area code   phone number                                area code   fax number

EMAIL ADDRESS: e-service@daspitlaw.com

CIVIC108 Revised 9/7/00

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION.  FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE. SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

INSTRUMENTS TO BE SERVED:
(Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.)

ORIGINAL PETITION
_____   AMENDED PETITION
_____   SUPPLEMENTAL PETITION

COUNTERCLAIM
_____   AMENDED COUNTERCLAIM
_____   SUPPLEMENTAL COUNTERCLAIM

CROSS-ACTION:
_____   AMENDED CROSS-ACTION
_____   SUPPLEMENTAL CROSS-ACTION

THIRD-PARTY PETITION:
_____   AMENDED THIRD-PARTY PETITION
_____   SUPPLEMENTAL THIRD-PARTY PETITION

INTERVENTION:
_____   AMENDED INTERVENTION
_____   SUPPLEMENTAL INTERVENTION

INTERPLEADER
_____   AMENDED INTERPLEADER
_____   SUPPLEMENTAL INTERPLEADER

INJUNCTION

MOTION TO MODIFY

SHOW CAUSE ORDER

TEMPORARY RESTRAINING ORDER

BILL OF DISCOVERY:
    ORDER TO: _____
                       (specify)

    MOTION TO: _____
                       (specify)

PROCESS TYPES:

NON WRIT:
CITATION
ALIAS CITATION
PLURIES CITATION
SECRETARY OF STATE CITATION
COMMISSIONER OF INSURANCE
HIGHWAY COMMISSIONER
CITATION BY PUBLICATION
NOTICE
SHORT FORM NOTICE

PRECEPT (SHOW CAUSE)
RULE 106 SERVICE

SUBPOENA

WRITS:
ATTACHMENT (PROPERTY)
ATACHMENT (WITNESS)
ATTACHMENT (PERSON)

CERTIORARI

EXECUTION
EXECUTION AND ORDER OF SALE

GARNISHMENT BEFORE JUDGMENT
GARNISHMENT AFTER JUDGMENT

HABEAS CORPUS
INJUNCTION
TEMPORARY RESTRAINING ORDER

PROTECTIVE ORDER (FAMILY CODE)
PROTECTIVE ORDER (CIVIL CODE)

POSSESSION (PERSON)
POSSESSION (PROPERTY)

SCIRE FACIAS
SEQUESTRATION
SUPERSEDEAS

Unofficial Copy Office of Chris Daniel District Clerk

CIVC108 Revised 9/3/99



# CHRIS DANIEL
### HARRIS COUNTY DISTRICT CLERK



ENTERED
VERIFIED

## Civil Process Pick-Up Form

**\*CAUSE NUMBER:** 201718994

ATY_____        CIV _____        COURT 113th

---

### REQUESTING ATTORNEY/FIRM NOTIFICATION

**\*ATTORNEY:** Daspit, John A.        **\*PH:** (713)588-0383

**\*CIVIL PROCESS SERVER:** Proactive Legal Solutions

**\*PH:** Box 30 - 832-209-7100

**\*PERSON NOTIFIED SVC READY:** Cathy

**\* NOTIFIED BY:** Rayshone

**\*DATE:** 3/22/2017

---

### \*TYPE OF SERVICE AND TRACKING NUMBER(S)

Type of Service Document: CIT        Tracking Number 73354097
Type of Service Document:_____        Tracking Number_____
Type of Service Document:_____        Tracking Number_____
Type of Service Document:_____        Tracking Number_____
Type of Service Document:_____        Tracking Number_____
Type of Service Document:_____        Tracking Number_____

**\*Process papers prepared by: JUSTINA LEMON**

**\*Date:** 3/21/ 2017        **\*30 days waiting** 4 - 21 -2017

---

**\*Process papers released to:**

**\*(CONTACT NUMBER)** 281-827-5279        (PRINT NAME)

                                                (SIGNATURE)

**\*Process papers released by:** Iris Collins
                                                (PRINT NAME)

                                                (SIGNATURE)

**\* Date:** 3-23-17 ,2017 **\* Time:** 1:15   AM **PM**

---

**\*Information must be completed**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

4/4/2017 12:52:17 PM
Chris Daniel - District Clerk Harris County
Envelope No. 16256887
By: DELTON ARNIC
Filed: 4/4/2017 12:52:17 PM

CAUSE NO.  201718994

RECEIPT NO.                    0.00      CIV

\*\*\*\*\*\*\*\*\*\*                              TR # 73354097

| | |
|---|---|
| PLAINTIFF: BARRETT, BERNITTA<br>vs.<br>DEFENDANT: METROPOLITAN TRANSIT AUTHORITY OF HARRIS COUNTY | In The   113th<br>Judicial District Court<br>of Harris County, Texas<br>113TH DISTRICT COURT<br>Houston, TX |

CITATION

THE STATE OF TEXAS                                              45299-1
County of Harris

TO: METROPOLITAN TRANSIT AUTHORITY OF HARRIS COUNTY MAY BE SERVED
    BY SERVING MR THOMAS LAMBERT OR BY SERVING ANY MEMBER, AGENT
    AND/OR OFFICER
    1900  MAIN STREET   HOUSTON TX 77002
    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 20th day of March, 2017, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 21st day of March, 2017, under my hand and
seal of said Court.

Issued at request of:                    CHRIS DANIEL, District Clerk
DASPIT, JOHN A                           Harris County, Texas
440  LOUISIANA, SUITE 1400               201 Caroline, Houston, Texas 77002
HOUSTON, TX  77002                       (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 588-0383
Bar No.: 24048906                        Generated By: LEMON, JUSTINA VERNELL
                                         EG2//10639087

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at 1:30 o'clock P .M., on the 24 day of MARCH , 2017.

Executed at (address) 1900 MAIN STREET HOUSTON TX 77002 in

HARRIS County at 11:40 o'clock A .M., on the 30 day of MARCH ,

2017, by delivering to JANET TEZINO defendant, in person, a

true copy of this Citation together with the accompanying 1 copy(ies) of the Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this 30 day of MARCH , 2017.

FEE: $_____                             _____

                                         _____ of _____ County, Texas

_____ :1226
Affiant   9/30/19                        By _____
                                                  ·    Deputy

On this day, Keith Bair known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this 30 day of March , 2017.

                                         _____
                                                  Notary Public

ADRIAN LIRA
Notary Public, State of Texas
My Commission Expires
March 04, 2019

N.INT.CITR.P                                          *73354097*

4/24/2017 4:42:03 PM
Chris Daniel - District Clerk Harris County
Envelope No. 16633243
By: Bonnie Lugo
Filed: 4/24/2017 4:42:03 PM

CAUSE NO. 2017-18994

| | | |
|---|---|---|
| BERNITTA BARRETT | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| METROPOLITAN TRANSIT AUTHORITY | § | |
| OF HARRIS COUNTY and | § | |
| HARLIN BRYANT | § | 113th JUDICIAL DISTRICT |

## DEFENDANT'S ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES

Defendant Metropolitan Transit Authority of Harris County, Texas ("METRO") files this their Original Answer and Affirmative Defenses to Plaintiffs' Original Petition.  METRO would respectfully show the Court as follows:

### I.
### ANSWER

**A.   General Denial**

1.   As authorized by Rule 92 of the Texas Rules of Civil Procedure, METRO enters a general denial of all matters pleaded by Plaintiff and requests that the Court require the Plaintiff to prove Plaintiff's charges and allegations by a preponderance of the evidence as required by the Constitution and laws of the State of Texas.

### II.
### AFFIRMATIVE DEFENSES

**B.   Governmental Immunity**

2.   The Texas legislature has the legal authority to limit the terms of consent to be sued and limit the total dollar amount to which it is willing to subject itself to liability on a claim. *Salvatierra v. Via Metropolitan Transit Authority*, 974 S.W.2d 179, 182 (Tex. 1998)(*citing Trinity River Authority v. Williams*, 689 S.W.2d 883,886 (Tex. 1985)).

3.     The Texas Transportation Code defines METRO.  It is a public political entity and corporate body of perpetual succession which exercises public and essential governmental functions. Its operation is not proprietary for any purpose.  TEX. TRANSP. CODE ANN. §451.052 (Vernon Supp. 1998), *Salvatierra*, 974 S.W. 2d at 182-183.

4.     METRO's enabling statute is section 451 of the Texas Transportation Code which provides, in part, that an Authority [i.e. METRO] is a "governmental unit" under Chapter 101, Civil Practice and Remedies Code.  TEX. TRANSP. CODE ANN. §451.052(c) (Vernon Supp. 1998),

5.     Defendant invokes the defense of governmental immunity to the extent to which said defense has not been waived by the Texas Tort Claims Act.

**C.     Statutory Limitations**

6.     For further answer if necessary, Defendant METRO would also show the Court that pursuant to §101.023(b) of The Texas Tort Claims Act, as a "unit of government" under the Act, METRO's liability is limited to money damages in a maximum amount of $100,000.00 for each person and $300,000.00 for each single occurrence for bodily injury or death and $100,000.00 for each single occurrence for injury to or destruction of property.   Additionally, pursuant to §101.024 of the Texas Tort Claims Act, METRO is not subject to exemplary damages.

**D.     Sole and Proximate Cause**

7.     For further answer, if necessary, this Defendant says that the accident out of which this lawsuit grew and the consequent injuries, if any, to Plaintiff were not caused by any act of negligence, either of omission or commission, on the part of METRO or its light rail operator, but to the contrary, such injuries and damages alleged by Plaintiff were directly and proximately caused by the negligence of Co-Defendant Harlin Bryant who suddenly and unexpectedly attempted to make a left turn in front of the LRV, but stuck the side of the LRV.

**Prayer**

WHEREFORE, PREMISES CONSIDERED, this Defendant pray that upon final trial and hearing of this matter, judgment be entered in METRO's favor in accordance with law and the facts, and for such other and further relief to which it may show itself to be justly entitled.

Respectfully submitted,

Jon P. Bohn
SBOT: 02564900
ATTORNEY FOR DEFENDANT
P. O. Box 61429
Houston, Texas 77208-1429
713-652-8020
713-739-4699 Fax
jon.bohn@ridermetro.org

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing instrument has been served upon all Attorneys of Record in accordance with Texas Rules of Civil Procedure 21a, on this 24th day of April, 2017.

Jon P. Bohn

3

6/2/2017 9:49:14 AM
Chris Daniel - District Clerk Harris County
Envelope No. 17382225
By: Justin Fitzgerald
Filed: 6/2/2017 9:49:14 AM

CAUSE NO.  201718994

RECEIPT NO.                    0.00      CIV
            **********                   TR # 73354104

| PLAINTIFF: BARRETT, BERNITTA | In The   113th |
| vs. | Judicial District Court |
| DEFENDANT: METROPOLITAN TRANSIT AUTHORITY OF HARRIS COUNTY | of Harris County, Texas |
| | 113TH DISTRICT COURT |
| | Houston, TX |

CITATION

45299-2

THE STATE OF TEXAS
County of Harris

TO: BRYANT, HARLIN
    OR WHEREVER HE MAY BE FOUND
    1919 SMITH STREET   HOUSTON TX 77002
    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 20th day of March, 2017, in the above cited cause number and court. The instrument attached describes the claim against you.

     YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
     This citation was issued on 21st day of March, 2017, under my hand and seal of said Court.

Issued at request of:                   *Chris Daniel*
DASPIT, JOHN A                          CHRIS DANIEL, District Clerk
440 LOUISIANA, SUITE 1400               Harris County, Texas
HOUSTON, TX 77002                       201 Caroline, Houston, Texas 77002
Tel: (713) 588-0383                     (P.O. Box 4651, Houston, Texas 77210)
Bar No.: 24048906                       Generated By: LEMON, JUSTINA VERNELL
                                        EGZ//10639087

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___.M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock ___.M   _____ day of _____,

_____, by delivering to                          _ defendant, in person, a

true copy of this C.                               copy(ies) of the Petition

attached thereto and                               date of delivery.

To certify which I a                               _____, _____.

**AFFIDAVIT ATTACHED**

FEES $ _____

_____          _____ of _____County, Texas

_____          By _____
         Affiant                                         Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                        _____
                                                Notary Public

N.INT.CITA.P                    *73354104*

Unofficial Copy Office of Chris Daniel District Clerk

## SERVICE AFFIDAVIT
### No. 2017-18994

| | | |
|---|---|---|
| **BERNITTA BARRETT** | : | **IN THE DISTRICT COURT OF** |
| **VS.** | : | **HARRIS COUNTY, TEXAS** |
| | : | |
| **METROPOLITAN TRANSIT AUTHORITY** | : | **113TH JUDICIAL DISTRICT** |
| **OF HARRIS COUNTY AND** | : | |
| **HARLIN BRYANT** | : | |

On this the 30th Day of May, 2017, **Christina Nguyen** appeared before me, the undersigned Notary Public and after being duly sworn, deposed and stated as follows:

1. My name is **Christna Nguyen**. I am over eighteen (18) years of age and am fully competent to make this affidavit. I have personal knowledge of the facts stated herein, and they are true and correct.

2. I am a Certified Civil Process Server authorized under written order of the Supreme Court of Texas service civil process in the State of Texas, including Harris County.

3. I was employed to serve the defendant a copy of **Citation & Plaintiff's Original Petition**.

4. I am not a party to this case and I have no interest in the outcome of this case.

5. I have never been convicted of a felony or misdemeanor in any City, State or Federal Jurisdiction.

Came to Hand at 12:00pm on 03/27/2017. Served at **3435 Cartwright Cliff Lane, Fulshear, TX 77441** in Fort Bend County on **5/25/2017 at 9:00pm**. I hand served a copy of the Citation & Plaintiff's Original Petition to **defendant Harlin Bryant**.

<u>Additional Information</u>: At the time of service, Mr. Harlin Bryant informed me that he could not accept service, he said it needed to be delivered to his employer in DC. I informed him that I needed to personally deliver the paperwork to him, we argued for a little while, so I left the paperwork on his car.

Christina Nguyen
State Certified Civil Process Server
SCH000011798
Exp: 1/31/2019

STATE OF TEXAS
COUNTY OF HARRIS

BEFORE ME, the undersigned authority, in and for said county and state, on this the 30th of May, 2017 personally appeared Christina Nguyen, known to me, after being identified through the driver's license, to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that the statements contained in the foregoing affidavit are true and correct.

SUBSCRIBED AND SWORN TO ME on this the 30th of May, 2017.

Notary Public in and for the State of Texas

ALMA LINA
Notary Public, State of Texas
My Commission Expires
May 13, 2019

45299.002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BERNITTA BARRETT, | § | |
| | § | |
| *Plaintiff,* | § | CIVIL ACTION NO. |
| | § | |
| v. | § | H: 17-cv-1697 |
| | § | |
| METROPOLITAN TRANSIT | § | |
| AUTHORITY OF HARRIS COUNTY | § | |
| AND HARLIN BRYANT, | § | |
| | § | |
| *Defendants.* | § | |

<u>LIST OF ATTORNEYS OF RECORD</u>

The following is a list of the known attorneys:

1.   **<u>Plaintiff, Bernitta Barrett, by:</u>**
John Arthur Daspit
Texas Bar No. 24048906
Brent W. Randel
Texas Bar No. 24099036
DASPIT LAW FIRM
440 Louisiana St., Suite 1400
Houston, Texas  77002
Tel: (713) 588-0383
Fax: (713) 587-9086
<u>e-service@daspitlaw.com</u>

2.   **<u>Defendant, Metropolitan Transit</u>**
**<u>Authority of Harris County, by:</u>**
Jon P. Bohn
Texas Bar No. 02564900
P.O. Box 61429
Houston, Texas  77208-1429
Tel: (713) 652-8020
Fax: (713) 739-4699
<u>jon.bohn@ridermetro.org</u>

3.   **Defendant, Harlin Bryant, by:**
     Fred T. Hinrichs
     Assistant U.S. Attorney
     Texas Bar No. 24003580
     1000 Louisiana, Ste. 2300
     Houston, Texas  77002
     Tel: (713) 567-9529
     Fax: (713) 718-3303
     Fred.Hinrichs@usdoj.gov

                                        Respectfully submitted,

                                        ABE MARTINEZ
                                        Acting United States Attorney

                                         /s/ Fred T. Hinrichs
                                        _____
                                        FRED T. HINRICHS
                                        Assistant United States Attorney
                                        Attorney in Charge
                                        Texas Bar No. 24003580
                                        1000 Louisiana, Ste. 2300
                                        Houston, Texas  77002
                                        (713) 567-9529 – Telephone
                                        (713) 718-3303 - Facsimile
                                        Fred.Hinrichs@usdoj.gov
                                        Attorney for Harlin Bryant

                         CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the foregoing pleading was electronically

served through the court's electronic filing system, or by U.S. Mail postage prepaid, on

this 6th day of June 2017, to the following counsel of record:

     John A. Daspit                     Jon P. Bohn
     Brent W. Randel                    P.O. Box 61429
     440 Louisiana St., Suite 1400      Houston, Texas  77208-1429
     Houston, Texas  77002

                                          /s/ Fred T. Hinrichs
                                        _____
                                        Assistant U.S. Attorney

                                        2